UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JOYCE HUNTLEY,

                          Plaintiff,

            -against-

THE LAW OFFICE OF RICHARD CLARK, LLC,

                         Defendant.

---------------------------------------------------------------X

**ORDER**

CV 08-4145 (ADS)

**ORENSTEIN, MICHAEL L., United States Magistrate Judge:**

       The defendant moves by letter application for a protective order. *McAuliffe Letter*, dated May 19, 2009. The plaintiff opposes the application. *Fishbein Letter*, dated May 19, 2009.

       Despite the short-term lateness of defendant's formal letter application, the motion herein is granted. Defendant is entitled to a protective order, at least until the time in which the action receives class action certification.

       The plaintiff's separate application to adjourn the arbitration hearing is denied without prejudice to renew upon giving notice to the arbitrator. *See Fishbein Letter*, dated December 2 2009.

       SO ORDERED.

Dated: Central Islip, New York
        December 7, 2009

                              /s/
                    _____
                     MICHAEL L. ORENSTEIN
                     United States Magistrate Judge